IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO.: 2:18-CV-22 (WOB-CJS)

JASON RAGLAND                                                        PLAINTIFF

VS.                                    **JUDGMENT**

BM2 FREIGHT SERVICES, INC.                                           DEFENDANT


Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN FAVOR OF DEFENDANT BM2 FREIGHT SERVICES, INC.** This matter is **STRICKEN FROM THE DOCKET OF THIS COURT.**

This 22nd day of November 2019.



Signed By:
*William O. Bertelsman* WOB
United States District Judge